# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                      **CRIMINAL ACTION NO. 4:05CR078-P-B**

**ROMAN ZARAGOZA,**                                           **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant Roman Zaragoza's June 16, 2005 Motion for Continuance. Upon consideration of the motion, the court finds as follows, to-wit:

The motion is well-taken and should be granted.

Trial is currently set for July 18, 2005. Defense counsel avers that the interpreter provided by the Government to the defendant has recently fractured her pelvis. Accordingly, the defendant requests a continuance to give the interpreter a reasonable time to heal in order to travel. The Government has no objection to the trial continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from May 3, 2004 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Roman Zaragoza's June 16, 2005 Motion for Continuance is hereby **GRANTED**;

(2) Trial of this matter is continued until Monday, August 22, 2005, at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from July 18, 2005 to August 22, 2005 is excluded as set out above;

(4) The deadline for filing pretrial motions is August 1, 2005; and

(5) The deadline for submitting a plea agreement is August 8, 2005.

**SO ORDERED**, this the 20th day of June, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE